DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENE DEJORDY** and **JAIME DEJORDY,**
Appellants,

v.

**CYNTHIA MYERS,**
Appellee.

No. 4D2024-1779

[July 16, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole P. Menz, Judge; L.T. Case No. 312024CC000501.

Gene DeJordy, Southport, CT, pro se.

Eric S. Eber of Block & Scarpa, Vero Beach, for appellee.

PER CURIAM.

We affirm the final judgment based on *Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal. The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error.").

As to the order on attorney's fees, the order merely determines entitlement and not the amount of fees. "An order merely finding entitlement to attorney's fees is a non-final, non-appealable order." *Rodolph v. Rodolph,* 344 So. 3d 451, 458 (Fla. 4th DCA 2022) (quoting *Schmidt v. Schmidt,* 319 So. 3d 65, 65 (Fla. 4th DCA 2021)). We therefore dismiss the appeal of that order.

*Affirmed in part; dismissed in part.*

WARNER, GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***